# KENNETH ROSELLINI

### ATTORNEY AT LAW

636A Van Houten Avenue
Clifton, New Jersey 07013

(973) 998-8375
Fax (973) 998-8376
E-mail KennethRosellini@Gmail.com

NEW JERSEY AND NEW YORK BARS

July 10, 2018

Clerk
United States Bankruptcy Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: *In re Monica Buendia*
Bankruptcy Docket No.: 18-22804-JKS
Chapter 13
**Request for extension to submit missing documents**

Dear Sir/Madam:

     As you know, I represent the Debtor Monica Buendia in the above-referenced Chapter 13 Bankruptcy filing. The Debtor respectfully requests a two-week extension of time in which to file the missing documents in connection with the Chapter 13 requirements. I am in a review of the information necessary to complete the schedules and needs the additional time to complete the review before filing the schedules.

     Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact me.

Very truly yours,

/s/ Kenneth Rosellini

Kenneth Rosellini