Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−22804−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Monica Buendia
  23 Bridge Street, FL 1
  Belleville, NJ 07109

Social Security No.:
  xxx−xx−3122

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/9/18 at 09:00 AM

to consider and act upon the following:

*10* − Motion to Extend Time to File Missing Schedules (related document:1 Voluntary Petition (Chapter 13) filed by Debtor Monica Buendia) Filed by Kenneth J. Rosellini on behalf of Monica Buendia. Objection deadline is 7/17/2018. (Rosellini, Kenneth)

*11* − Objection to Motion to Extend Time to File Missing Schedules (related document:10 Motion to Extend Time to File Missing Schedules (related document:1 Voluntary Petition (Chapter 13) filed by Debtor Monica Buendia) Filed by Kenneth J. Rosellini on behalf of Monica Buendia. Objection deadline is 7/17/2018. filed by Debtor Monica Buendia) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 7/12/18

                                    Jeanne Naughton
                                    Clerk, U.S. Bankruptcy Court