Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 18−22804−JKS
    Chapter: 13
    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Monica Buendia
   23 Bridge Street, FL 1
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−3122

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/9/18 at 09:00 AM

to consider and act upon the following:

*10* − Motion to Extend Time to File Missing Schedules (related document:1 Voluntary Petition (Chapter 13) filed by Debtor Monica Buendia) Filed by Kenneth J. Rosellini on behalf of Monica Buendia. Objection deadline is 7/17/2018. (Rosellini, Kenneth)

*11* − Objection to Motion to Extend Time to File Missing Schedules (related document:10 Motion to Extend Time to File Missing Schedules (related document:1 Voluntary Petition (Chapter 13) filed by Debtor Monica Buendia) Filed by Kenneth J. Rosellini on behalf of Monica Buendia. Objection deadline is 7/17/2018. filed by Debtor Monica Buendia) filed by Marie−Ann Greenberg on behalf of Marie-Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 7/12/18

    Jeanne Naughton
    Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Monica Buendia
    Debtor

Case No. 18-22804-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1        Date Rcvd: Jul 12, 2018
                   Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2018.
db             +Monica Buendia,    23 Bridge Street, FL 1,    Belleville, NJ 07109-2409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2018 at the address(es) listed below:
      Kenneth J. Rosellini    on behalf of Debtor Monica  Buendia kennethrosellini@gmail.com
      Kevin Gordon McDonald    on behalf of Creditor    Wilmington Trust, National Association, not in
       its individual capacity, but solely as trustee for MFRA Trust 2016-1 kmcdonald@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Marie-Ann  Greenberg    magecf@magtrustee.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                        TOTAL: 4