Form oscmsdoc – oscmissdocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  18–22804–JKS
                    Chapter:  7
                    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Monica Buendia
23 Bridge Street, FL 1
Belleville, NJ 07109

Social Security No.:
xxx–xx–3122

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
## DISMISSED FOR FAILURE TO FILE DOCUMENTS

☑  The Court having noted that the debtor filed a petition on June 26, 2018, and did not file the following documents:

Summary of Assets/Liabilities and Stat Info – Individuals, Declaration About An Individuals Schedule, Statement of Financial Affairs For Individuals, Attorney Disclosure Statement, Statement of Your Current Monthly Income (122A–1), Means Test Calculation (122A–2) – If Applicable, Statement of Exemption From Presumption of Abuse (122A–1 Supp) – If Applicable, List of All Creditors, Schedules A/B,C,D,E/F,G,H,I,J,.

☐  The court having noted that the debtor's case was converted to chapter 13 on August 8, 2018, and that the Court's local form, Chapter 13 Plan and Motions has not been filed,

It is hereby

ORDERED that the above document(s) must be received by the Clerk on or before 8/24/18 or the case will be dismissed.

If you object to dismissal you may file an Application to Extend Time to File Missing Documents or a written request for a hearing with the Clerk of the Bankruptcy Court at the address above. The Application or request must be received by the Clerk no later than 8/24/18.

If an Application to Extend Time to File Missing Documents is filed, the Court will either grant or deny your request and enter an order.

If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable John K. Sherwood on

Date: September 4, 2018
Time: 10:00 am
Location: Courtroom 3D
Address:   Martin Luther King, Jr . Federal Building
             50 Walnut Street
             3rd Floor
             Newark, NJ 07102

**IMPORTANT: THE MOST RECENT VERSION OF EACH DOCUMENT MUST BE FILED.**


Dated: August 10, 2018
JAN: rh

                                          John K. Sherwood
                                     United States Bankruptcy Judge