| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>Attorneys for Secured Creditor<br>Fay Servicing LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1<br>P: (212) 471-5100<br>Bankruptcy@FriedmanVartolo.com |
| IN RE:<br><br>Monica Buendia<br><br>Debtors |

**Order Filed on August 15, 2018**
**by Clerk U.S. Bankruptcy Court**
**District of New Jersey**

CASE NO.: 18-22804

CHAPTER: 13

HON. JUDGE.:
JOHN K. SHERWOOD

**ORDER CONFIRMING NO AUTOMATIC STAY IN EFFECT**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: August 15, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the application of Fay Servicing LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") for confirmation that the automatic stay provisions under Bankruptcy Code section 362(a) are not in effect for this case as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is confirmed to not be in effect and the Movant is permitted to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property commonly known and more fully described as: 23 Bridge Street, Floor 1, Belleville, NJ 07109

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit Fay Servicing LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises 23 Bridge Street, Floor 1, Belleville, NJ 07109; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the co-debtor stay against "Omar Buendia" is lifted pursuant to 11 U.S.C. 1301(c).

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.