| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>Attorneys for Secured Creditor<br>Fay Servicing LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1<br>P: (212) 471-5100<br>Bankruptcy@FriedmanVartolo.com<br>IN RE:<br><br>Monica Buendia<br><br>Debtors | Order Filed on August 15, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey<br><br>CASE NO.: 18-22804<br><br>CHAPTER: 13<br><br>HON. JUDGE.:<br>JOHN K. SHERWOOD |

## ORDER CONFIRMING NO AUTOMATIC STAY IN EFFECT

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: August 15, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the application of Fay Servicing LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") for confirmation that the automatic stay provisions under Bankruptcy Code section 362(a) are not in effect for this case as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is confirmed to not be in effect and the Movant is permitted to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property commonly known and more fully described as: 23 Bridge Street, Floor 1, Belleville, NJ 07109

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit Fay Servicing LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises 23 Bridge Street, Floor 1, Belleville, NJ 07109; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the co-debtor stay against "Omar Buendia" is lifted pursuant to 11 U.S.C. 1301(c).

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-22804-JKS
Monica Buendia                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Aug 15, 2018
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
db             +Monica Buendia,    23 Bridge Street, FL 1,    Belleville, NJ 07109-2409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
              Jonathan C. Schwalb    on behalf of Creditor    Fay Servicing, LLC bankruptcy@friedmanvartolo.com
              Kenneth J. Rosellini    on behalf of Debtor Monica  Buendia kennethrosellini@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Wilmington Trust, National Association, not in
               its individual capacity, but solely as trustee for MFRA Trust 2016-1 kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5